United States District Court

Northern District of Texas

Amarillo Division

205 SE 5TH Ave

Amarillo, Texas 79101



November 10, 2020

**2- 20CV-271-0**

Re: United States V. Manuel Guerra, 2:17-cr-00137-0-BR-1

Dear Honorable United States District Court:

My name is Manuel Guerra and this letter is in concern of the above entitled and numbered cause. I am writing this letter seeking an indefinite extension to file my Post-Conviction Petition under Title 28 U.S.C. § 2255. My conviction became final in March of 2020, giving me a current filing deadline of March of 2021. Since the start of the one (1) year statute of limitation, the current pandemic has restricted my access to the court (prison law libraries), not to mention, I have been transferred from facility to facility and am not being allowed to travel with my legal materials. I am currently at my Fourth (4TH) facility this year, awaiting transfer to the B.O.P. where I am not being allowed access to any law library or alternative remedy (like LEXISNEXUS) and can not have my legal materials mailed to me because I do not know how long I will be here, and will not be able to travel to the B.O.P. with them.

1

United States District Court
November 10, 2020
Page 2

Because of the above facts and the current uncertainty revolved around this current pandemic, Guerra seeks an indefinite extension to reflect the one year limitation start date, from the day access to the courts is reinstated.

Prayer

I, Manuel Guerra pray this Honorable Court GRANT me an indefinite extension to file my Title 28 U.S.C. § 2255 on that the record reflect that my one year limitation clock not begin until access to the Court's records (prison law library) be restored so that I may conduct the necessary research and ~~fit~~ be able to file a meaningful Petition.

Manuel Guerra #56558-177
Eden Detention Center
P.O. Box 1617
Eden, Texas 76837

Respectfully Submitted,

*Manuel Guerra*
Manuel Guerra

# Certificate of Service

I, Manuel Guerra, do hereby certify that on November 10, 2020, the forgoing request for extension to file Petition under Title 28 U.S.C. § 2255 was served on the United States District Court, Northern District of Texas' Amarillo Division, by placing the same in the custody of the Eden Detention center mailroom staff for delivery with first class postage pre-paid.

Manuel Guerra

Manuel Guerra
56558-177
Eden Detention Center
P.O. Box 1617
Eden, Texas 76837

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 76837  $ 000.50⁰
02 4W
0000366891 NOV. 12 2020

Manuel Guerra # 56558-177
Eden Detention Center
P.O. Box 1617
Eden, Texas 76837

United States District Court
Northern District of Texas
Amarillo Division
205 SE 5ᵀᴴ Ave
Amarillo, Texas 79101

79101512352 C002

RECEIVED

NOV 17 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS